# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

## No. 201700301

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## JEAN P. PANATTA
Sergeant (E-5), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Colonel M. J. Kent, USMC.
Convening Authority: Commanding Officer, Marine Corps Air Station, Yuma AZ.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Jennifer S. Parker, USMC.
For Appellant: Captain Scott F. Hallauer, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 13 February 2018

———————————————

Before MARKS, JONES, and WOODARD, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court